**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 08-cr-00418-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE ANIVAL ESTRADA CESENA,

    Defendant.

---

## ORDER TO RESET SENTENCING HEARING

---

    This matter is before the Court *sua sponte*. Because a conflict has arisen on the Court's docket, the Sentencing hearing currently set for March 2, 2009 at 9:00 a.m. in Courtroom A602 of the Arraj Courthouse is RESET to March 2, 2009 **at 9:30 a.m.**

    DATED: February  25 , 2009

                                       BY THE COURT:

                                       CHRISTINE M. ARGUELLO
                                       United States District Judge